PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Jered Shay Picard           Docket No.        2:10CR00019-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Richard Law, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jered Shay Picard who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 2 day of March 2010 under the following conditions:

**Special Condition No.18**: Refrain from any use of alcohol.

**Special Condition No. 29**: Defendant shall be restricted to his/her residence: every day from 10 p.m. to 5 a.m.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: On August 5, 2010, the undersigned officer was notified by tribal police detective Redfield that Mr. Picard was in custody for the allegation of fleeing a motor vehicle accident in Nespelem. When contacted, Mr. Picard initially refused a blood alcohol content test, but later submitted to a voluntary portable breath test which returned valid samples showing the defendant had blood alcohol levels of .221.

**Violation No. 2**: On August 5, 2010, the undersigned officer was notified by a Colville tribal police detective that the defendant was the subject of a motor vehicle accident that occurred in Nespelem, Washington, at 1:20 a.m. Mr. Picard was observed by police at 1:30 a.m. as he exited another vehicle and was contacted as he entered his home. Contact with his girlfriend, Patricia Ostenberg, confirmed that the defendant was out during his curfew period.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/05/2010

by    s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

PS-8
Re: Picard, Jered Shay
August 5, 2010
Page 2

_____
Signature of Judicial Officer

08-06-2010
_____
Date