UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JERED SHAY PICARD,<br><br>              Defendant. | No. CR-10-19-FVS<br><br>ORDER DISMISSING INDICTMENT<br><br>**ACTION REQUIRED BY UNITED STATES MARSHALS SERVICE** |

    **THIS MATTER** comes before the Court without oral argument based upon the government's motion to dismiss.  The government is represented by Matthew F. Duggan.  The defendant is represented by Chris A. Bugbee.

    **IT IS HEREBY ORDERED:**

    1. The government's "Motion to Expedite Hearing" (**Ct. Rec. 91**) is **granted.**

    2. The government's "Motion for Order of Dismissal Without Prejudice" (**Ct. Rec. 90**) is **granted.**  The Indictment is dismissed without prejudice.

    3. The United States Marshals Service shall release the defendant from custody.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to the United States Marshals Service and to counsel for the parties.

    **DATED** this ___22nd___ day of February, 2011.

                                     s/Fred Van Sickle
                                        Fred Van Sickle
                        Senior United States District Judge

ORDER - 1